OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 30, 2004

Rudolf E. Hutz, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

    RE: Bayer AG v. Sony Electronics, et al
        <u>Civil Action No. 95-8 JJF</u>

Dear Counsel:

    The Clerks Office is returning and/or disposing of exhibits located in its storage area, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

    Please advise me no later than September 17, 2004 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

*Anita Bolton*
Anita Bolton
Courtroom Deputy

cc: Judge Joseph J. Farnan, Jr.

Plaintiff and Defendants' Joint Deposition Designations returned to:

Plaintiff _____ 1/13/05
                        date

Pltf. _____ 11/3/04
              date

Deft. _____ 10/29/04
              date